UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

IN RE:

Harmon L. Fields,  Case No. 05-15679-mkv
 Chapter 7

        Debtor.

------------------------------------------------------------X

Harmon L. Fields,

        Plaintiff,  Adversary Proceeding No. 16-01258-mkv

v.

Access Group, Inc., et al.,

        Defendants.

------------------------------------------------------------X

## STATEMENT OF CORPORATE OWNERSHIP
## PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 7007.1

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, Access Group Inc., represents that there are no entities that directly or indirectly own 10% or more of any class of the company's equity interest.

Date:  December 9, 2016      /s/ Geoffrey J. Peters
    Geoffrey J. Peters, Esq.
    3705 Marlane Drive
    Grove City, OH  43123
    Telephone:  (614) 883-0678
    Fax: (614) 801-2601
    gpeters@weltman.com
    Counsel for Defendant
    WWR# 21119797

STATE OF OHIO           )

COUNTY OF FRANKLIN  )        ss.:

Stephanie Lee, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides at Grove City, Ohio.

On December 9, 2016 deponent served the within

STATEMENT OF CORPORATE OWNERSHIP PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 7007.1

upon the following parties, at the addresses designated by said parties for that purpose, by depositing a true copy of same, enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of Ohio:

Harmon L. Fields, Plaintiff
329 West 101 Street
Apt. 5D
New York, NY 10025

Lindsay M. Weber, Attorney for Plaintiff
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Ave
22nd Fl.
New York, NY 10010

U.S. Department of Education, Defendant
400 Maryland Avenue SW
Washington, DC 20202

ACS Education Services, Defendant
PO BOX 7052
Utica, NY 13504-7052

/s/ Stephanie Lee
Stephanie Lee

Sworn to before me this
December 9, 2016
/s/ Bobbi Jo Cooney
Notary Public, State of Ohio
Commission Expires 04/15/2019